**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **CHRISTOPHER ALLAN PENLEY** | ) | **CASE NUMBER: 16-09372-JMC-7** |
| | ) | **CHAPTER 7** |
| Debtor. | ) | |

## AGREED ENTRY ON MOTION FOR RELIEF FROM STAY

COMES NOW Christopher Allan Penley, and U.S. Bank National Association (hereinafter referred to as "U.S. Bank National Association"), Creditor, in the above-captioned Chapter 7 case and stipulate to the following:

1.      The Debtor became delinquent on their post-petition mortgage payments to U.S. Bank National Association and U.S. Bank National Association filed a Motion for Relief from Stay and for Abandonment of Real Estate on the real estate located at 18034 Cristin Way, Noblesville, IN 46062.

2.      On January 17, 2017, the Trustee filed an Objection to the Motion for Relief from Stay.

3.      On January 24, 2017, the Trustee filed a Report of Possible Assets and Notice of Abandonment.  The real estate located at 18034 Cristin Way, Noblesville, IN 46062 was listed as a possible asset of the bankruptcy estate.

4.      On March 26, 2017, the Trustee filed an Application to Employ F.C. Tucker Company as Co-Real Estate Broker to sell the property located at 18034 Cristin Way, Noblesville, IN 46062.

5.      U.S. Bank National Association and the Chapter 7 Trustee agree that the Trustee shall have sixty (60) days from the date the agreed entry is approved to complete the sale of the property located at 18034 Cristin Way, Noblesville, IN 46062.

6.      The Trustee will hereby withdraw his objection to U.S. Bank's Motion for Relief from Stay and to Abandon Real Estate, and the Trustee agrees to the abandonment after sixty (60) days, and the stay terminated allowing U.S. Bank National Association to praecipe for its foreclosure sheriff sale so long as said sale is more than sixty (60) days from this Order.

EXAMINED AND APPROVED BY:
Gregory K. Silver

/s/ Gregory K. Silver
Chapter 7 Trustee

EXAMINED AND APPROVED BY:

Doyle & Foutty, P.C.

/s/ Alan M. McEwan
Attorneys for U.S. Bank National Association

Distribution:

Doyle & Foutty, P.C.
41 E Washington Street
Suite 400
Indianapolis, IN 46204

Christopher Allan Penley
18034 Cristin Way
Noblesville, IN 46062

Anderson Ray White
Gloyeski Law Office
7350 North Keystone Avenue
Indianapolis, IN 46240
gloyeskilawin@hotmail.com

Gregory K. Silver
Office of Gregory K. Silver
445 N. Pennsylvania St. #810
Indianapolis, IN 46204
trusteegksilver@yahoo.com

U.S. Trustee
Office of U.S. Trustee
101 W. Ohio Street
Ste. 1000
Indianapolis, IN 46204