United States Bankruptcy Court
Southern District of Indiana

In re:                                                                  Case No. 16-09372-JMC
Christopher Allan Penley                                                Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0756-1            User: edixon              Page 1 of 1              Date Rcvd: Nov 08, 2017
                                Form ID: SF00075          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 10, 2017.
db             +Christopher Allan Penley,   1331 Rosemill Drive,   Carmel, IN 46032-5044

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 8, 2017 at the address(es) listed below:
              Alan Wayne McEwan    on behalf of Creditor    U.S. Bank National Association
               bankruptcy@doylefoutty.com
              Anderson Ray White    on behalf of Debtor Christopher Allan Penley gloyeskilawin@hotmail.com
              Gregory K. Silver    trusteegksilver@yahoo.com,
               dawehner@yahoo.com;gks@trustesolutions.net;GKS@trustesolutions.net
              Heather M. Crockett    on behalf of Creditor    State of Indiana Heather.Crockett@atg.in.gov,
               carrie.spann@atg.in.gov;molly.funk@atg.in.gov;kenyatta.peerman@atg.in.gov
              Melinda Hoover MacAnally    on behalf of Plaintiff    State of Indiana Melinda.MacAnally@atg.in.gov,
               Carrie.Spann@atg.in.gov;Kenyatta.Peerman@atg.in.gov
              Melinda Hoover MacAnally    on behalf of Creditor    State of Indiana Melinda.MacAnally@atg.in.gov,
               Carrie.Spann@atg.in.gov;Kenyatta.Peerman@atg.in.gov
              Stacy Jean DeLee    on behalf of Creditor    U.S. Bank National Association
               bankruptcy@doylefoutty.com,  lwambsganss@indylegal.com
              U.S. Trustee    ustpregion10.in.ecf@usdoj.gov
                                                                                             TOTAL: 8

UNITED STATES BANKRUPTCY COURT  
Southern District of Indiana  
46 E. Ohio St., Rm. 116  
Indianapolis, IN 46204

SF00075 (rev 05/2016)

In re:

**Christopher Allan Penley**,  
       Debtor.

Case No. **16–09372–JMC–7A**

## NOTICE OF DEFICIENT FILING

An Agreed Entry was filed on November 7, 2017, by Creditor U.S. Bank National Association.

**NOTICE IS GIVEN** that the document is deficient as follows:

    Agreed Entry contains Order or Judgment language. Please refer to the Clerk's Notice on Stipulations and Agreements effective 11/1/06 which is posted on our web site (www.insb.uscourts.gov).

**NOTICE IS FURTHER GIVEN** that failure to cure the above deficiencies by November 22, 2017, may result in the striking of the deficient filing or the dismissal of this case without further notice.

Dated:  November 8, 2017

Kevin P. Dempsey  
Clerk, U.S. Bankruptcy Court