United States Bankruptcy Court
Southern District of Indiana

In re:                                                                              Case No. 16-09372-JMC
Christopher Allan Penley                                                            Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0756-1         User: hmbutler           Page 1 of 1              Date Rcvd: Nov 08, 2017
                             Form ID: sgeneric        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 10, 2017.
db             +Christopher Allan Penley,    1331 Rosemill Drive,   Carmel, IN 46032-5044

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 8, 2017 at the address(es) listed below:
      Alan Wayne McEwan    on behalf of Creditor    U.S. Bank National Association
       bankruptcy@doylefoutty.com
      Anderson Ray White    on behalf of Debtor Christopher Allan Penley gloyeskilawin@hotmail.com
      Gregory K. Silver    trusteegksilver@yahoo.com,
       dawehner@yahoo.com;gks@trustesolutions.net;GKS@trustesolutions.net
      Heather M. Crockett    on behalf of Creditor    State of Indiana Heather.Crockett@atg.in.gov,
       carrie.spann@atg.in.gov;molly.funk@atg.in.gov;kenyatta.peerman@atg.in.gov
      Melinda Hoover MacAnally    on behalf of Plaintiff    State of Indiana Melinda.MacAnally@atg.in.gov,
       Carrie.Spann@atg.in.gov;Kenyatta.Peerman@atg.in.gov
      Melinda Hoover MacAnally    on behalf of Creditor    State of Indiana Melinda.MacAnally@atg.in.gov,
       Carrie.Spann@atg.in.gov;Kenyatta.Peerman@atg.in.gov
      Stacy Jean DeLee    on behalf of Creditor    U.S. Bank National Association
       bankruptcy@doylefoutty.com,  lwambsganss@indylegal.com
      U.S. Trustee    ustpregion10.in.ecf@usdoj.gov
                                                                                   TOTAL: 8

SO ORDERED: November 8, 2017.



_____
**James M. Carr**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E. Ohio St., Rm. 116
Indianapolis, IN 46204

SGENERIC (rev 06/2017)

In re:

**Christopher Allan Penley**,
      Debtor.

Case No. **16–09372–JMC–7A**

## ORDER APPROVING AGREED ENTRY

An Agreed Entry was filed on November 8, 2017, by Creditor U.S. Bank National Association.

**IT IS ORDERED** that the Agreed Entry is **APPROVED**.

The Clerk's Office will distribute this order.

###